ROBERT LYMAN, by AMELIA LYMAN, His Guardian ad Litem, and Others, Respondents, v. HERMAN REICHMAN, Appellant, Impleaded with Others.— Order so far as appealed from modified by striking out all allegations of the complaint alleging causes of action against the appellant herein, except the allegations therein contained alleging causes of action in behalf of the infant plaintiff, Robert Lyman, suing by his guardian *ad litem*, against the said appellant, and as so modified affirmed, with twenty dollars costs and disbursements to the infant plaintiff, with leave to the defendant, appellant, to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

VALERIE ELIZABETH HUFF, Respondent, v. CHARLES REDFIELD VOSE, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of JULIUS DAVISON, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ARNOLD HERMANN (Also Known as ARNOLD J. HERMANN), an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM HENRY HUNT and Others v. LULU FLORA TULLER and Others, Impleaded with WILLIAM LEE TULLER and Others and CORA L. WELSH and Others. — Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

NAT KAUFMAN v. LOUIS J. JAFFEE and Others, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLOTTE COLLINS, Appellant, v. JOSEPH P. COLLINS, Respondent. — Order affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant the motion.

PRINCE MOTOR CAR CORPORATION, Appellant, v. THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

COSMOS TEXTILE CORPORATION, Respondent, v. CARLO BONOMI, Appellant.— Order modified by eliminating the provisions of the order requiring defendant or his attorney to return the sum withdrawn from the Banca Commerciale Italiana pursuant to the terms of the warrant of attachment, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.